1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4

5    ADA GERALDINE BOURLARD,                         Case No. 15-cv-04221-EJD

        Plaintiff,

6                                                    **ORDER TO SHOW CAUSE RE
                                                     SETTLEMENT**
7        v.
                                                     Re: Dkt. No. 57
     CONTINENTAL CASUALTY COMPANY,
8
        Defendant.
9

10       The parties, having filed a Notice of Settlement on **November 29, 2016**  (See Docket Item

11   No. 57), are ordered to appear before the Honorable Edward J. Davila on **January 19, 2017 at**

12   **10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San

13   Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal

14   Rule of Civil Procedure 41(b).  On or before **January 12, 2017**, the parties shall file a joint

15   statement in response to the Order to Show Cause setting forth the status of settlement efforts as

16   well as the amount of additional time necessary to finalize and file a dismissal.

17       The Order to Show Cause shall be automatically vacated and the parties relieved of the

18   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

19   Procedure 41(a) is filed on or before **January 12, 2017.**

20       All other pretrial deadlines and hearing dates are VACATED and any pending motions are

21   TERMINATED.

22       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

23   the action.

24       **IT IS SO ORDERED.**

25   Dated: 12/2/2016

                                                     _____
26                                                   EDWARD J. DAVILA
                                                     United States District Judge
27

28

Case No.: 15-cv-04221-EJD
ORDER TO SHOW CAUSE RE SETTLEMENT

United States District Court
Northern District of California